[No. 45179-1-I.  Division One.  October 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06914-3, Michael Hayden, J., entered September 2, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44866-8-I.  Division One.  October 16, 2000.]

TONY Y. WONG, ET AL., *Respondents*, v. CHARLES MILES LINDBLOOM, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16925-9, Peter Jarvis, J., entered June 23, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45579-6-I.  Division One.  October 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02299-0, Michael J. Trickey, J., entered October 27, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45312-2-I.  Division One.  October 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED ALVIN STOCKDALE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04506-4, Richard M. Ishikawa, J., entered September 28, 1999. *Affirmed* by unpublished per curiam opinion.